# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Barbadoro, Paul J. | 2. Court or Organization  District of New Hampshire | 3. Date of Report  05/04/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Warren Rudman U.S. Courthouse
55 Pleasant Street, Room 409
Concord, NH 03301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▆▆▆▆▆▆ Testamentary Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3-27-2014 | Trustees of Dartmouth College | $26,900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | New England College |
| 2. 2014 | Currier Museum |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. Savings-Merrimack County Savings Bank | A | Interest | K | T | | | | | |
| 3. *T. Rowe Price Capital Appreciation Fund | C | Dividend | L | T | | | | | |
| 4. *IRA Fidelity Contra Fund | D | Dividend | M | T | | | | | |
| 5. *TIAA CREF Stock Fund | A | Dividend | K | T | Buy | 01/03/14 | J | | |
| 6. *TIAA CREF Global Fund | A | Dividend | J | T | Buy | 01/03/14 | J | | |
| 7. *TIAA CREF Growth Fund | B | Dividend | K | T | Buy | 01/03/14 | J | | |
| 8. *TIAA CREF Equity Index Fund | C | Dividend | L | T | Buy | 01/03/14 | J | | |
| 9. TIAA CREF Inflation Limited Bond Fund | A | Dividend | J | T | | | | | |
| 10. *IRA Fidelity Low Price Stock | B | Dividend | L | T | | | | | |
| 11. *IRA Fidelity Cash Reserves (Account A) | A | Interest | L | T | Sold (part) | 06/25/14 | K | A | |
| 12. *IRA Fidelity Cash Reserves (Account B) | A | Interest | J | T | | | | | |
| 13. *T. Rowe Price Prime Reserve | A | Interest | J | T | | | | | |
| 14. *IRA Fidelity Spartan Extended Market Index Investor Class | C | Dividend | M | T | Buy | 06/25/14 | K | | |
| 15. *IRA Fidelity Value Fund | A | Dividend | L | T | | | | | |
| 16. *IRA Fidelity Spartan 500 Index FD Advantage Class | B | Dividend | L | T | | | | | |
| 17. *IRA Fidelity Harding Loevner Emerging Markets Investor | A | Dividend | J | T | Buy | 06/25/14 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. *IRA Fidelity Janus Venture Fund Class T | B | Dividend | K | T | Buy | 06/25/14 | J | | |
| 19. *Spartan International Index Adv Class | A | Dividend | K | T | Buy | 06/25/14 | J | | |
| 20. *Spartan Midcap Index Adv Class | A | Dividend | K | T | Buy | 06/25/14 | J | | |
| 21. *Fidelity Cash Reserves (Account C) | A | Interest | K | T | Buy | 06/25/14 | K | | |
| 22. | | | | | Sold (part) | 06/25/14 | K | | |
| 23. ** ███████ Testamentary Trust (Centerpoint Energy, Inc.) | A | Dividend | K | T | | | | | |
| 24. ** ███████ Testamentary Trust (Manulife Financial Corp.) | A | Dividend | J | T | | | | | |
| 25. ** ███████ Testamentary Trust (Bank Deposit Sweep Account) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION VII. INVESTMENTS AND TRUSTS

1. T. Rowe Price. I reinvested all dividends

2. IRA-Fidelity. I reinvested all dividends and interest.

3. TIAA CREF Funds. ▇▇▇▇▇ contributed $252 per week to the Stock, Global, Growth, and Equity Index funds.

4. Spartan International Index Adv Class. I reinvested all dividends

5. Spartan Midcap Index Adv Class. I reinvested all dividends.

6. Fidelity Cash. I reinvested all interest.

7. ▇▇▇▇▇▇▇▇ Testamentary Trust.   All dividends were reinvested in Bank Deposit Sweep Account.

8. The ▇▇▇▇▇▇▇ Testamentary Trust was created in November 2013. I did not become aware that the trust was funded in 2013 until after I filed my 2013 Financial Disclosure Report. The assets in the trust in 2013 were the same as the assets that are reported in the current report. The asset values and income for 2013 are also the same as those reported for 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul J. Barbadoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544